MARION L. ANDERSON and Another, as Administrators, etc., of JOHN ANDERSON, Appellants, v. ZALLIE M. BOOTH, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action.).

EUGENE McGREEVY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant. (Action No. 2 — Conversion.) — Judgment affirmed, with costs. All concur. (The judgment awards plaintiff damages in an action in conversion.) [See *ante*, p. 264.] [143 Misc. 519.]

ALSTON SEHM, Respondent, v. EARL F. FOLEY and Another, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages in an automobile negligence action. The order denies motion for a new trial on the minutes.)

GUSTAV ZALMAR, Respondent, v. JOSEPH D. PICCIOTTI, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages in an automobile negligence action. The order denies motion for a new trial on the minutes.)

GEORGE M. STILWELL, Respondent, v. FRANKLIN FIRE INSURANCE COMPANY OF PHILADELPHIA, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages under a fire insurance policy. The order denies a motion for a new trial on the minutes.)

GEORGE M. STILWELL, Respondent, v. CONTINENTAL INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages under a fire insurance policy. The order denies a motion for a new trial on the minutes.)

NAN CHETNEY, Respondent, v. ROBERT T. SAWYER, Defendant, and JOHN J. McKOWNE, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages in an automobile negligence action. The order denies a motion for a new trial on the minutes.)

FREDERICK H. PRICE, Respondent, v. RAYMOND SIMMONS and Another, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages in an automobile negligence action. The order denies a motion for a new trial on the minutes.)